IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

FIRST UNITED METHODIST CHURCH                                              PLAINTIFF
OF CORINTH, INC.

V.                                                    CIVIL ACTION NO. 1:19-CV-120-SA-RP

CERTAIN UNDERWRITERS AT LLOYDS
SUBSCRIBING TO POLICY NO. PG197716 and
U.S. SPECIALTY INSURANCE COMPANY                                         DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 14, 2019. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 25th day of June, 2019.

                                                /s/ Sharion Aycock
                                         UNITED STATES DISTRICT JUDGE